IN THE
# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

Nº 2:06-CV-170-M-A

*Lonzell Carruthers, Jr.,*
     ***Plaintiff***,
VERSUS
*Charles Terry, et al.,*
     ***Defendants.***

**O R D E R**

DISMISSING ACTION WITHOUT PREJUDICE

for Want of Prosecution

\* \* \* \* \*

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated July 5, 2007, was on that date duly served on the parties; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED**:

1) The Report and Recommendation (docket entry 17) of the United States Magistrate Judge dated July 5, 2007, is hereby approved and adopted; and,

2) This action is dismissed without prejudice for want of prosecution.

This the 27th day of August, 2007.

        **/s/ Michael P. Mills**
        **CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF MISSISSIPPI**